# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133783

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARRELL DANE PERKINS,
      Defendant-Appellant.

SC: 133783
COA: 274221
Kent CC: 05-001255-FC;
      04-012304-FC

_____/

      On order of the Court, the application for leave to appeal the March 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____

Clerk

d0723